IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

**TOU SUE VANG**

        Defendant.

CR NO: 2:22-CR-0213 KJM

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum    ☐ Ad Testificandum

Name of Detainee: Tou Sue Vang
Detained at: Rio Consumnes Correctional Center
Detainee is: a.) ☒ charged in this district by: ☒ Indictment ☐ Information ☐ Complaint
charging detainee with: 18 U.S.C. §§ 371, 1956(h), 2314, 1957(a), 1956(a)(1)(B)(i), 981(a)(1)(C), 982(a)(1); 31 U.S.C. § 5324(a)(3) and (d)(2); 28 U.S.C.§ 2461(c)

or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will: a.) ☐ return to the custody of detaining facility upon termination of proceedings

or b.) ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary FORTHWITH in the Eastern District of California.*

Signature: /s/ Veronica Alegría
Printed Name & Phone No: Veronica M.A. Alegría, 916.554.2792
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS

☒ Ad Prosequendum    ☐ Ad Testificandum

    The above application is granted and the above-named custodian, as well as any Federal Agent for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: 11/02/22

Honorable Kendall J. Newman
U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | n/a | ☒Male ☐Female | |
| Booking or CDC #: | 4747435 | DOB: | 08/09/1987 |
| Facility Address: | 12500 Bruceville Rd., Elk Grove, CA 95757 | Race: | Asian |
| Facility Phone: | 916-874-1927 | FBI#: | 917717NC6 |
| Currently | | | |

## RETURN OF SERVICE

Executed on: _____  _____
                             (signature)